## UNITED STATES COURT OF INTERNATIONAL TRADE

**Before: Hon. R. Kenton Musgrave, Senior Judge**

|  |  |
|---|---|
| AVENUES IN LEATHER, INC., | : |
| Plaintiff, | : Court No. 01-00389 |
| v. | : |
| THE UNITED STATES, | : |
| Defendant. | : |

## ORDER

Plaintiff having moved for relief from the Court's September 4, 2009 Order of Judgment on Agreed Statement of Facts in the instant action, to correct an error resulting from the inadvertent duplication of page 5 of the submission forming the basis for the judgment, and the concurrent failure to include a page 6 of said schedule, and defendant having consented to said motion, it appearing that the interests of justice will be served by the granting of said motion, it is hereby

ORDERED that the judgment Order of September 4, 2009 is amended to include the attached page 6 as a substitution of the unnumbered duplicate of page 5 of the schedule attached to said judgment order.

R. Kenton Musgrave, Senior Judge

Dated: New York, NY
       November ___, 2009

### SCHEDULE "A" TO STIPULATED JUDGMENT (Continued)

| Court Number | Protest Number | Entry Number | Style |
|---|---|---|---|
| 01-00389 | 1001-00-102696 (Continued) | 241-9135514-8 (Continued) | DA-3586* |
| | | 241-9135750-8 | DA-3532* |
| | | 241-9135752-4 | DA-3533 |
| | | 241-9136112-0 | DA-3583* |
| | | | DA-3586* |
| | | 241-9136115-3 | DA-3522** |
| | | | DA-3532* |
| | | | DA-3533* |
| | | | DA-3544** |
| | | | DA-3545** |
| | | 241-9136347-2 [1] | |
| | | 241-9136660-8 | DA-3522** |
| | | 241-9136661-6 [1] | |
| | | 241-9136834-9 | DA-3544** |
| | | 241-9136835-6 | DA-3533* |
| | 1001-00-102697 | 241-9135208-7 | DA-3468 "M" |
| | | | DA-3522** |
| | | | DA-3523** |
| | 1001-00-103675 | 241-9137187-1 | DA-3532* |
| | | 241-9137472-7 | DA-3522** |
| | | | DA-3523* |
| | | 241-9137685-4 | DA-3523** |
| | | | DA-3544** |
| | | 241-9137684-7 | DA-3583* |
| | | | DA-3586* |
| | | 241-9137560-9 | DA-3532* |
| | | | DA-3533* |
| | | 241-9138009-6 | DA-3522** |
| | | 241-9138185-4 | DA-3532* |
| | | 241-9138947-7 | DA-3544** |
| | | | DA-3545** |

Note: the designations "*" or "**" and/or "M" above are for convenience only, and do not appear on the invoices or the entry papers.

---

[1] Not subject of stipulation.

6

UNITED STATES COURT OF INTERNATIONAL TRADE

Before: Hon. R. Kenton Musgrave, Senior Judge

|  |  |  |
|---|---|---|
| AVENUES IN LEATHER, INC., | : | |
| | : | |
| Plaintiff, | : | Court No. 01-00389 |
| v. | : | |
| THE UNITED STATES, | : | |
| Defendant. | : | |

## Consent Motion for Relief from Judgment Order

     Pursuant to Rule 60 of the Rules of this Court, plaintiff moves for relief from the final Judgment Order entered by the Court in this action under date of September 4, 2009.  Said Order, as entered, contained an unnumbered duplicate of page 5 of the submission forming the basis for the judgment (the second page of the schedule of the judgment), page 6 having been inadvertently omitted from said submission.  It is unknown at this juncture as to how or why page 6 was omitted and the duplicate of page 5 included but, clearly, clerical error was involved, the result of that error being the inadvertent omission of two protests, covering approximately 18 entries, from the judgment.

     Neither party was aware of the error until notified by the Bureau of Customs and Border Protection when the reliquidation of the entries subject to the judgment was being accomplished.  That notification was made to the plaintiff on November 12, 2009.  Plaintiff now moves for an Order substituting the attached page 6 in the judgment, in

place of the unnumbered duplicate of page 5, in order to bring the submission to the form in which the parties intended it to be at the time of judgment.

Pursuant to Rule 7(b) of the Rules of this Court, on November 12, 2009, the undersigned consulted by electronic communication with Amy M. Rubin, counsel for defendant, who consented to the granting of this motion.

                                                Respectfully submitted,

                                                Fitch, King, LLC.
                                                Attorneys for Plaintiff
                                                250 Moonachie Road
                                                Moonachie, NJ 07074
                                                Tel: 201-296-0444

                                      By:   /s/ Peter J. Fitch
                                                    Peter J. Fitch

Dated: November 13, 2009

## SCHEDULE "A" TO STIPULATED JUDGMENT (Continued)

| Court Number | Protest Number | Entry Number | Style |
|---|---|---|---|
| 01-00389 | 1001-00-102696 (Continued) | 241-9135514-8 (Continued) | DA-3586* |
| | | 241-9135750-8 | DA-3532* |
| | | 241-9135752-4 | DA-3533 |
| | | 241-9136112-0 | DA-3583* |
| | | | DA-3586* |
| | | 241-9136115-3 | DA-3522** |
| | | | DA-3532* |
| | | | DA-3533* |
| | | | DA-3544** |
| | | | DA-3545** |
| | | 241-9136347-2 [1] | |
| | | 241-9136660-8 | DA-3522** |
| | | 241-9136661-6 [1] | |
| | | 241-9136834-9 | DA-3544** |
| | | 241-9136835-6 | DA-3533* |
| | 1001-00-102697 | 241-9135208-7 | DA-3468 "M" |
| | | | DA-3522** |
| | | | DA-3523** |
| | 1001-00-103675 | 241-9137187-1 | DA-3532* |
| | | 241-9137472-7 | DA-3522** |
| | | | DA-3523* |
| | | 241-9137685-4 | DA-3523** |
| | | | DA-3544** |
| | | 241-9137684-7 | DA-3583* |
| | | | DA-3586* |
| | | 241-9137560-9 | DA-3532* |
| | | | DA-3533* |
| | | 241-9138009-6 | DA-3522** |
| | | 241-9138185-4 | DA-3532* |
| | | 241-9138947-7 | DA-3544** |
| | | | DA-3545** |

Note: the designations "*" or "**" and/or "M" above are for convenience only, and do not appear on the invoices or the entry papers.

---

[1] Not subject of stipulation.

## Certificate of Service

PETER J. FITCH certifies that on November13, 2009, he served a copy of the attached Motion and Order upon the defendant, by placing said document in a facility maintained by the United States Postal Service, in a secure envelope bearing sufficient postage, addressed to:

>Amy M. Rubin,  Esq..
>Dept. of Justice, Civil Division
>Commercial Litigation Branch
>26 Federal Plaza
>New York, New York 10278

>/s/     Peter J. Fitch
>Peter J. Fitch